NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM NOCKENGOST, JR., )
)
Appellant, )
)
v. ) Case No. 2D18-3548
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )


Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

William Nockengost, Jr., pro se.


PER CURIAM.


Affirmed.


NORTHCUTT, LaROSE, and SMITH, JJ., Concur.